**Order entered November 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01207-CV

## IN THE INTEREST OF B.W.S., A CHILD

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-51685-2010**

## ORDER

We **DENY** Dan Wyde's motion to withdraw as counsel for appellant without prejudice to refiling an amended motion that complies with Texas Rule of Appellate Procedure 6.5. *See* TEX. R. APP. P. 6.5(a).


/s/     CRAIG STODDART
          JUSTICE